# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pina-Camez, Jaime Adrian | Docket No. | 0980 2:18CR00163-SAB-1 |

**Petition for No Action on Conditions of Pretrial Release**

  COMES NOW  Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jaime Adrian Pina-Camez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 3rd day of October, 2018, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Pina-Camez is alleged of being in violation of his pretrial release conditions by testing positive for cocaine on or about June 24, 2019.

On October 9, 2018, the conditions of pretrial release supervision were reviewed and signed by Mr. Pina-Camez.  He acknowledged an understanding of his conditions, which included standard condition number 9.

On July 2, 2019, a home visit was conducted for the purpose of collecting a urine sample for a drug screen.  The test collected returned positive for the presence of cocaine using a rapid test device.  Mr. Pina-Camez initially denied the use of the illegal substance.  However, when Mr. Pina-Camez was presented with the admission/denial of drug use form, he signed the form admitting to using cocaine on or about June 24, 2019.

        PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  July 18, 2019 |
| by | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Pretrial Services Officer |

**PS-8**
**Re: Pina-Camez,, Jaime Adrian**
**July 18, 2019**
**Page 2**

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____
July 18, 2019
Date